JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR M. MERAZ,** ) | **NO. CV 16-1955-JAK (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **CHRISTIAN PFEIFFER, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    January 29, 2018              _____
                                              JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE